## LYNN v. STATE.
### No. 23195.

Court of Criminal Appeals of Texas.
Oct. 31, 1945.
Rehearing Denied Nov. 28, 1945.

J. W. McCullough, of McKinney, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Oct. 31, 1945.
Rehearing Denied Nov. 28, 1945.

## LYNN v. STATE.
### No. 23197.

Court of Criminal Appeals of Texas.
Oct. 31, 1945.
Rehearing Denied Nov. 28, 1945.

J. W. McCullough, of McKinney, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is upon appellant's plea of guilty for possessing intoxicating liquor for the purpose of sale in dry area. Punishment was assessed at a fine of $100.

The record comes before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.